| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:23-bk-01781<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Fri Aug 29 22:39:03 CDT 2025 | Jeanne Ann Burton PLLC<br>4117 Hillsboro Pk, Ste. 103-116<br>Nashville, TN 37215-2728 | Wells fargo auto<br>PO BOX 130000<br>Raleigh, NC 27605-1000 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso TX 79998-1540 | (p)ASCEND FEDERAL CREDIT UNION<br>P O BOX 1210<br>TULLAHOMA TN 37388-1210 |
| Bridgecrest Acceptance Company LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas NV 89193-8873 |
| DEPARTMENT OF HUMAN SERVICES<br>STATE OF TENNESSEE<br>400 DEADERICK STREET<br>Nashville TN 37243-1403 | Navy FCU<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield VA 22119-3000 | Navy FCU<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrified VA 22119-3000 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Sallie Mae, Inc<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes Barre PA 18773-9500 |
| TRAC/CBCD/CITICORP<br>PO BOX 790040<br>Saint Louis MO 63179-0040 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh NC 27607-5066 |
| CRYSTAL RENEE' JENNINGS<br>1511 ELROD STREET<br>Murfreesboro, TN 37130-4020 | JEANNE ANN BURTON<br>Jeanne Ann Burton PLLC<br>4117 Hillsboro Pk<br>Suite 103-116<br>NASHVILLE, TN 37215-2728 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascend Federal Credit Union
Attn: Bankruptcy
PO Box 1210
Tullahoma TN 37388

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WRIGHT GRAY HARRIS

End of Label Matrix
Mailable recipients  19
Bypassed recipients   1
Total                20