Motion for Compromise and Settlement

Case No. 3-23-bk-01781
Crystal Jennings Sept 12, 2025 @ 3:55pm

Response deadline September 19, 2025
Hearing: September 30, 2025 @ 9:30am

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN
2025 SEP 17 PM 12:59
FILED

On my behalf I Crystal Jennings believe that $35,000 is not a fair settlement for this case.

In section #3. State that I agree with the $35,000 amount however I was unaware that amount was submitted on my behalf. Also I was unaware that the trustee was not available on the day of mediation I was told that the trustee was fully aware of it. This is why I decided to seek for a new law firm to represent me due to the inconsistence and lack of communication. During the mediation I received misleading and inaccurate information. This caused me to declined the entire mediation. I tried to reschedule several times however the mediator insist to proceed. I do understand that it was an agreement to pay all doctor bill plus court fees but

that's not true. I have doctor bills that will be unpaid from this lawsuit that clearly being neglected. I was adviced to attend these doctors and I have in promised that they will be included in settlement. I understand the laws and I believe that the trustee is not being fair to this situation. It's been over 3 years and I have to still deal with this matter. I lost a child I have proof that I was pregnant at the time of the accident. I lost a child and they want me to show proof that it was caused by a car wreck but what proof they provided that a car wreck wouldnt cause a miscarriage. I would like for a judge and a jury to hear my case and what I endured over these few years and allow them to make a decision. This case has been mishandled. I now take medication daily to cope with life

Sept 12, 2025

629-251-5582
last 4   5614