The things I want to contest in the lawsuit.

1. $35,000 amount
2. Unpaid doctor bills
3. The defendant agree and trustee acceptance
4. Showing proof of pregnant
5. The waiving of fee or expenses
6. Motion seeking trustee order approval

*(signature)*

Sept 12, 2025

Case No: 3:23-bk-01781

Judge Mashburn